**Robert J. Beles** (Bar No. 41993)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for Defendant *Joel Diaz*

# United States District Court
## Northern District of California
### Oakland Division

| UNITED STATES OF AMERICA, | No. 4:04-cr-40044-CW-17 |
|---|---|
| *Plaintiff*, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SURRENDER DATE |
| vs. | |
| JOEL DIAZ, | |
| *Defendant*. | |

## STIPULATION AND ORDER TO CONTINUE SURRENDER DATE

The United States and defendant Joel Diaz, through their respective counsel, hereby stipulate that defendant's self-surrender date of February 11, 2013 be continued to February 18, 2013.

Respectfully Submitted,

January 28, 2013           /s/ ADW
Date                       AARON D. WEGNER,
                           Assistant United States Attorney

January 28, 2013           /s/ RJB
Date                       ROBERT J. BELES,
                           Attorney for *Defendant*

**IT IS SO ORDERED.**

1/30/2013                  [signature]
Date                       HON. CLAUDIA WILKEN
                           United States District Judge
                           Northern District of California

1